UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
NANA QUEENIE LAWRENCE,                                                  :
:
                       Plaintiff,                                    :
:      24 Civ. 8646 (JPC)
     -v-                                                              :
:      ORDER
GNAR JEAN LEE, *et al.*,                                                :
:
                       Defendants.                                   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On November 21, 2024, Plaintiff served Defendant Lee with copies of the Summons and Complaint.  Dkt. 4.  Lee's deadline to respond to the Complaint was therefore December 12, 2024.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to the Complaint from Lee.  Accordingly, the Court extends *sua sponte* Lee's deadline to respond to the Complaint until January 9, 2025.  If Lee once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by January 16, 2025.

       SO ORDERED.

Dated: December 13, 2024
       New York, New York                              _____
                                                                       JOHN P. CRONAN
                                                                    United States District Judge